# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-2863

_____

Woodrow Anderson,                          *
                                           *
            Appellant,                     *
                                           *
      v.                                   *
                                           *
James Purkett, Superintendent,             *   Appeal from the United States
ERDCC; Terry Bishop, RN; Deborah           *   District Court for the
Carter, RN,                                *   Eastern District of Missouri.
                                           *
            Defendants,                    *   [UNPUBLISHED]
                                           *
CMS; Charles Chastain, Doctor;             *
Donna Adams, RN; Tina Hayes, RN;           *
Tymber Spray, RN, Director of              *
Nursing,                                   *
                                           *
            Appellees.                     *

_____

Submitted: October 21, 2009
Filed:  November 9, 2009

_____

Before MURPHY, COLLOTON and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Woodrow Anderson appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review), we conclude that summary judgment was properly granted and that the district court did not err in denying Anderson's discovery motions and his motions for appointment of counsel. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.